

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2021

No. 04-21-00470-CV

Lakshmana **VISWANATH**,
Appellant

v.

**THE CITY OF LAREDO**, Webb County, Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001492D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

The filing fee of $205.00, which was due from appellant Lakshmana Viswanath when this appeal was filed, has not been paid. The clerk of the court notified appellant of this deficiency in a letter dated October 28, 2021, and stated the fee must be remitted no later than November 8, 2021. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

Appellant also has not filed a docketing statement or certified service of the notice of appeal on each court reporter, although the clerk of this court also notified appellant of these deficiencies and required corrective action.

We therefore ORDER appellant, **not later than December 13, 2021**, to either (1) pay the applicable filing fee or (2) provide written proof to this court that she is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2021.

_____

MICHAEL A. CRUZ, Clerk of Court